JOHN WEIDINGER, an Infant, by SAM HEIMN, His Guardian ad Litem, Respondent, *v.* NEW YORK AND NEW ENGLAND CEMENT AND LIME COMPANY, Appellant.

*Weidinger* v. *N. Y. & N. E. Cement & Lime Co.*, 151 App. Div. 948, affirmed.
(Argued April 30, 1913; decided May 20, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 6, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Robert Thorne* and *Frederick J. Collier* for appellant.

*John L. Crandell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE and HOGAN, JJ. Absent: COLLIN, J.